JULIUS S. DRESSER, Respondent, *v.* THE BOATMEN'S FIRE AND MARINE INSURANCE COMPANY, Appellant.

*An appeal from an order denying a motion for a new trial presents nothing for review unless the grounds of the motion are stated.*

Appeal from a judgment in favor of the plaintiff, entered in Oneida county upon the verdict of a jury, and also from an order denying a motion for a new trial made therein.

The court at General Term, in reference to the appeal from the order denying the motion for a new trial, said: "The defendant's motion for a new trial presents no grounds upon which a review may proceed, as no order is presented (*Matthews* v. *Meyberg*, 63 N. Y., 656; *Dart* v. *Gillies*, 14 J. & S., 560; *Howard* v. *Hayes*, 15 id., 89; affirmed, 90 N. Y., 643), and the motion does not state the grounds upon which it was made; nothing is before us for review so far as defendant's motion for a new trial is concerned

*I. D. Garfield*, for the appellant.

*Goodwin & Swan*, for the respondent.

Opinion by Hardin, P. J.; Follett and Martin, JJ., concurred.

Judgment affirmed, with costs.

---

MARSHAL J. RIMA, Respondent, *v.* THE ROSSIE IRON WORKS, Appellant.

*Neglect to appoint a guardian* ad litem *for an infant plaintiff — power of the court during the trial to enter an order* nunc pro tunc *appointing a guardian* ad litem.

Appeal from a judgment and from an order appointing a special guardian, and from an order denying a motion upon the minutes for a new trial, entered in Jefferson county, in an action brought to recover damages for an injury resulting to the plaintiff through the alleged negligence of the defendant. After considering the evidence and deciding that the case was properly submitted to the jury, the court at General Term said: "The